

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00385-CR

Gustavo **CUELLAR,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6255
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On November 21, 2019, we suspended the appellate deadlines in this appeal to allow for the filing of either a supplemental reporter's record of the October 10, 2018 hearing on appellant's motion to suppress or a declaration from the court reporter stating that no record had been taken. We also ordered that "[a]ppellant's brief will be due 30 days after the reporter's record or declaration is filed."

On December 2, 2019, the court reporter filed a supplemental reporter's record of the October 10, 2018 motion to suppress hearing. It is therefore ORDERED that appellant's brief is due **by or before January 2, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court